IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KERRI CRAGHEAD, Individually and as
Personal Representative of the Wrongful
Death Estate of ROGER DERICK CRAGHEAD,
deceased,

      Plaintiff,

v.

      No. 1:22-cv-00931-KWR-SCY

DEE KING TRUCKING, LP and
MICHAEL COLE,

      Defendants.

## FINAL ORDER

**PURSUANT TO** the Order Adopting Proposed Findings and Recommended Disposition (**Doc. 14**) entered on **January 25, 2023**, the Court enters this Final Order under Federal Rule of Civil Procedure 58 as to all claims in the amended complaint. This action is hereby **DISMISSED WITHOUT PREJUDICE** in its entirety.

      IT IS SO ORDERED.

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**